**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| NIESHA ANTHONY, individually and as parent and next friends of ZARIAH ANTHONY, a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Southern District Case No. 23-CV-967 St. Clair County Case No. 2023-LA-0199 |
| O'FALLON TOWNSHIP HIGH SCHOOL DISTRICT 203 BOARD OF EDUCATION, TWANA DOLLISON, RICHARD BICKEL and DR. DARCY BENWAY, | ) ) ) ) ) | |
| Defendants. | ) | |

<u>**NOTICE OF REMOVAL OF PLAINTIFFS' COMPLAINT**</u>

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS:

NOW COME Defendants, O'FALLON TOWNSHIP HIGH SCHOOL DISTRICT 203 BOARD OF EDUCATION, TWANA DOLLISON, RICHARD BICKEL and DR. DARCY BENWAY (collectively referred to as the "Defendants"), by their attorneys, Brian M. Funk, Julie A. Bruch, and Jane M. May, pursuant to 28 U.S.C. §1441 and §1443, for their Notice of Removal, state as follows:

1. On February 23, 2023, Plaintiffs, Niesha Anthony, individually and as parent and next friends of Zariah Anthony, a minor, filed a Complaint against O'Fallon Township High School District 203 Board of Education, Twana Dollison, Richard Bickel, and Dr. Darcy Benway (hereinafter the "Defendants") in the Twentieth Judicial Circuit of St. Clair County, Illinois, wherein Plaintiffs asserted state and federal claims. *Ex*. A.

2.      In the Complaint, Plaintiffs purport to bring claims pursuant to Title VI of the Civil Rights Act (42 U.S.C. §2000d) and the Illinois Civil Rights Act of 2003, as well as claims for violations of their federal equal protection rights and First Amendment rights pursuant to 42 U.S.C. § 1983.

3.      On March 1, 2023, all Defendants were served with Plaintiffs' Complaint and Summons.  Accordingly, this removal is timely filed within 30 days of receipt of Plaintiffs' Complaint.

4.      The above-described action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C § 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C §1441 and §1443 in that Plaintiffs filed suit against Defendants for, among other things, violations of Plaintiffs' civil rights pursuant to 42 U.S.C. §2000d and constitutional rights via 42 U.S.C § 1983.

5.      Plaintiffs' Complaint against Defendants also includes state law claims for which this Court should assume pendant jurisdiction pursuant to 28 U.S.C. § 1441(c) and/or 28 U.S.C. § 1367.

6.      As required by 28 U.S.C § 1446(d), notice of removal will be served upon all parties of record and will be filed with the Illinois Circuit Court of the Twentieth Judicial Circuit of St. Clair County, Illinois.

7.      All Defendants agree and consent to removal of this action from the Circuit Court of the Twentieth Judicial Circuit of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois.

8.      The United States District Court for the Southern District of Illinois is the District Court for the district encompassing St. Clair County, Illinois.  28 U.S.C § 93(c).

9. Pursuant to the requirements of 28 U.S.C § 1446(a), the pleadings filed in the St. Clair County action have been filed herewith.

WHEREFORE, Defendants, O'FALLON TOWNSHIP HIGH SCHOOL DISTRICT 203 BOARD OF EDUCATION, TWANA DOLLISON, RICHARD BICKEL, and DR. DARCY BENWAY, hereby give notice of removal of this action to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

**O'FALLON TOWNSHIP HIGH SCHOOL DISTRICT 203 BOARD OF EDUCATION, TWANA DOLLISON, RICHARD BICKEL, DR. DARCY BENWAY**

By: *s/Brian M. Funk*
Brian M. Funk, #6277501
Julie A. Bruch, #6215813
Jane M. May, #6207760
OKGC Law, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:  847/291-9230
Email: bfunk@okgc.com
    jbruch@okgc.com
    jmay@okgc.com

Westfield Professional Building
807 W. Highway 50, Suite 1
O'Fallon, Illinois 62269
Phone: 618-589-0847

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

NIESHA ANTHONY, individually and as )
parent and next friends of ZARIAH )
ANTHONY, a minor, )
                                  )
            Plaintiffs, )
                                  )
        v. )        Southern District Case No. 23-CV-967
                                  )        St. Clair County Case No. 2023-LA-0199
O'FALLON TOWNSHIP HIGH SCHOOL )
DISTRICT 203 BOARD OF EDUCATION, )
TWANA DOLLISON, RICHARD BICKEL )
and DR. DARCY BENWAY, )
                                  )
          Defendants. )

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 24, 2023, I caused to electronically be filed the foregoing *Notice of Removal of Plaintiffs' Complaint* with the Clerk of Court using the CM/ECF system, and served it on the following person(s):

Mark S. Schuver
Natalie T. Lorenz
Mathis, Marifian & Richter, Ltd.
23 Public Square, Suite 300
P.O. Box 307
Belleville, IL 62220
mschuver@mmrltd.com
nlorenz@mmrltd.com

via email and U.S. Mail by placing true and correct copies of same in an envelope as set forth above with sufficient postage affixed, and by placing said envelope in the mail located at 650 Dundee Road in Northbrook, Illinois, on or before the hour of 5:00 p.m. on March 24, 2023.

                              By: *s/Brian M. Funk*
                                 Brian M. Funk, #6277501
                                 OKGC Law, LLC
                                 650 Dundee Road, Suite 475
                                 Northbrook, Illinois 60062
                                 Phone: 847/291-0200
                                 Fax:    847/291-9230
                                 Email: bfunk@okgc.com

4
